IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YEHOWSHUA YISRAEL,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2740

Opinion filed April 25, 2016.

An appeal from the Circuit Court for Wakulla County.
Dawn Caloca-Johnson, Judge.

Yehowshua Yisrael, pro se, Appellant.

Kenneth Steely, General Counsel, Department of Corrections, Pamela Jo Bondi, Attorney General, Anne C. Conley, Assistant Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.